UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **REGINALD LEATHERWOOD,** | ) | |
| *Petitioner,* | ) ) ) | |
| v. | ) ) | Case Nos. 3:12-CV-218 3:10-CR-7 |
| **UNITED STATES OF AMERICA,** | ) ) | |
| *Respondent.* | ) | |

## JUDGMENT

As set forth in the accompanying memorandum opinion, Petitioner Reginald Leatherwood's motion to withdraw and/or dismiss his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 in case number 3:12-CV-218 [D. 23] is **GRANTED**. This case is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

1